UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DICKSON LEE,<br><br>Defendant. | CASE NO. 2:14-cr-00024-RAJ-1<br><br>NOTICE RE STATUS OF REPRESENTATION<br><br>NOTED: April 10, 2014 |

I, Debra Wong Yang of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), hereby provide this notice to the Court regarding the status of defendant Dickson Lee's representation in this matter.

1. In approximately May 2013, Mr. Lee retained Gibson Dunn to represent him in connection with the government's criminal investigation in this case, as well as in connection with a parallel investigation by the Securities and Exchange Commission. Mr. Lee did not retain Gibson Dunn to represent him in any post-indictment or post-complaint proceedings.

2. On January 29, 2014, unbeknownst to Mr. Lee or Gibson Dunn, a grand jury returned the ten-count indictment in this case, charging Mr. Lee with securities fraud. D.I. 1. That same day, the Honorable James P. Donohue, United States Magistrate Judge, issued a bench warrant for Mr. Lee's arrest. D.I. 3.

3. On March 27, 2014, federal agents arrested Mr. Lee, and the case was unsealed. Later that day, Robert S. Mahler of Foster Pepper PLLC made a special appearance on behalf of Mr. Lee before the Honorable Mary Alice Theiler, United States Magistrate Judge. *See* D.I. 6. Mr. Mahler advised the court that he was specially appearing for the limited purpose of that day's proceedings

and requested that Mr. Lee be permitted two weeks to finalize his representation. Mr. Lee was arraigned and pleaded not guilty to all charges. *Id.* Upon the government's motion, the court continued Mr. Lee's detention hearing to April 1, 2014 (before Judge Donohue) and remanded Mr. Lee into custody. *Id.*

4. At the continued detention hearing, Mr. Mahler and I advised Judge Donohue that we were making special appearances for the limited purpose of that day's proceedings, pending finalization of a representation agreement with Mr. Lee. At the conclusion of the hearing, Judge Donohue ordered Mr. Lee detained pending trial. D.I. 13, 14.

5. To date, Mr. Lee and Gibson Dunn have not finalized a representation agreement in this matter. Because Mr. Mahler indicated at Mr. Lee's initial hearing on March 27 that the issue of representation would be finalized within two weeks, I submit this notice to apprise the Court that we do not represent Mr. Lee at this time.

DATED: April 10, 2014                    GIBSON, DUNN & CRUTCHER LLP

By: /s/  Debra Wong Yang
Debra Wong Yang
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: +1 213.229.7000
Fax: +1 213.229.7520
DWongYang@gibsondunn.com

**CERTIFICATE OF SERVICE**

I, Eric D. Vandevelde, declare as follows:

I hereby certify that on April 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Robert S. Mahler | mahler@foster.com |

Dated this 10th day of April, 2014 at Los Angeles, California.

                                             /s/
                                        Eric D. Vandevelde