The Honorable James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>DICKSON V. LEE,<br>　　　Defendant. | Case No. CR14-24RAJ<br><br>**Supplemental Memorandum re:<br>Motion to Reopen Detention Hearing<br>and Revoke Detention Order** |

Dickson Lee, by his Attorney Russell M. Aoki of Aoki Law PLLC, files this supplemental memorandum to correct statements made in his Motion to Reopen Detention Hearing and Revoke Detention Order based on recently-obtained information.

Mr. Lee's Motion to Reopen Detention Hearing and Revoke Detention Order refers to bank loans, obtained by L&L Energy, Inc. from East West Bank, which Mr. Lee personally guaranteed. Since filing, counsel for Mr. Lee learned the loan was with China Development Industrial Bank in Taiwan, not from East West Bank and it was repaid last month, April 2014. The repayment occurred after Mr. Lee's resigned as L&L Energy's CEO and was detained, which is why it was not immediately known.

///

Supplemental Memorandum
Page 1 of 2



720 Olive Way, Suite 1525, Seattle, WA 98101
T: 206 624-1900 F: 206 442-4396
aokilaw.com

Dated this 14th day of May 2014.

By:

*s/ Russell M. Aoki*
Russell M. Aoki, WSBA No. 15717
AOKI LAW PLLC
720 Olive Way, Suite 1525
Seattle, WA 98101
T: 206 624-1900
F: 206 442-4396
russ@aokilaw.com



720 Olive Way, Suite 1525, Seattle, WA 98101
T: 206 624-1900 F: 206 442-4396
aokilaw.com