The Honorable James P. Donohue

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DICKSON V. LEE and L&L ENERGY, INC.,<br><br>Defendants. | Case No. CR14-24RAJ<br><br>**Declaration of Isham M. Reavis in Support of Motion to Reopen Detention Hearing and Revoke Detention Order** |

I, Isham M. Reavis, declare as follows:

1. I am an attorney assisting in the representation of Mr. Dickson Lee, the defendant in this matter. I make the following statements based on my personal knowledge and belief.

2. Our office has received a letter from Dr. Jaime Novais, Mr. Lee's primary physician, dated May 16, 2014. A true and correct copy is attached as Exhibit 1. In his letter, Dr. Novais confirms that Mr. Lee has been his patient for eight years, keeps his appointments, and has never discussed leaving the United States.

///

Declaration of Isham M. Reavis
Page 1 of 2



AOKI LAW PLLC
720 Olive Way, Suite 1525, Seattle, WA 98101
T: 206 624-1900 F: 206 442-4396
aokilaw.com

I certify under penalty of perjury under the laws of the United States the foregoing is true and correct.

Dated this 22nd day of May 2014.

By: _____
Isham M. Reavis, WSBA No. 45281
AOKI LAW PLLC
720 Olive Way, Suite 1525
Seattle, WA 98101
T: 206 624-1900
F: 206 442-4396
isham@aokilaw.com

Declaration of Isham M. Reavis
Page 2 of 2



AOKI LAW PLLC
720 Olive Way, Suite 1525, Seattle, WA 98101
T: 206 624-1900 F: 206 442-4396
aokilaw.com