UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DICKSON V. LEE,

Defendant.

No. CR 14-24 RAJ

ORDER DENYING MOTION TO REOPEN DETENTION HEARING

Defendant appeared before the undersigned Magistrate Judge for a detention hearing on April 1, 2014. After a lengthy hearing, Mr. Lee was ordered detained. Dkts. 13, 14. Before the Court is defendant's motion to reopen the detention hearing and revoke the detention order. Dkt. 28. The government has responded, and defendant filed a reply and an additional pleading after the reply. *See* Dkt. Nos. 32, 34, 35, and 42.

18 U.S.C. § 3142(c)(3) provides that the "judicial officer may at any time amend the order to impose additional or different conditions of release." 18 U.S.C. § 3142(f) authorizes the court to reopen a detention hearing

> before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such

ORDER
PAGE - 1

person as required and the safety of any other person and the community.

Thus, the party moving to reopen must indicate (1) what the new information is, (2) the reason that it was not known to the movant at the time of the hearing, and (3) how the new information is material. J. Weinberg, *Federal Bail and Detention Handbook,* § 6.9 (PLI 2012). The judicial officer can either direct a response to the motion to reopen or can rule without a further response. *Id.*

Here, the proffered new evidence is neither new nor otherwise unavailable. Arguments about control of corporate interests and the abilities of those corporate interests to entice Mr. Lee to appear for required court hearings were a major part of the lengthy detention hearing. Moreover, and more importantly, even after considering the "new evidence," the evidence as a whole continues to strongly support the fact that there are no conditions of combination of conditions that will assure the defendant's appearance as required. Accordingly, the defendant's motion to reopen the detention hearing, Dkt. No. 28, is DENIED.

DATED this 23rd day of May, 2014.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2