FILED
LODGED

SEP 23 2014

AT SEATTLE
CLERK U.S. DISTRICT
WESTERN DISTRICT OF WASHINGTON

Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DICKSON LEE,<br><br>　　　　　　　Defendant. | NO. CR14-024RAJ<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY, AND NOTICE OF SENTENCING |

　　The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Counts 1 and 2 of the Superseding Information. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore ordered a presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), I recommend that the defendant be adjudged guilty and have sentence imposed.

　　DATED this 23 day of September, 2014.

　　　　　　　　　　　　　　　　　　　　　/s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

RULE 11 PLEA/ - 1
Dickson Lee, CR14-024RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970