13th Floor,
Chunghing Commercial Building,
62-63 Connaught Road Central,
Hong Kong
香港中環干諾道中 62-63 號
中興商業大廈 13 字樓
Tel 電話: (852) 2544-2828
Fax 傳真: (852) 2544-0323
E-mail 電郵:
ellen.au@ealaw.com.hk
Website 網址:
www.ealaw.com.hk

# 區殿霞律師行
# ELLEN AU & CO.
## SOLICITORS

聯盟:(中國北京) 弘嘉律師事務所

**Partners:**
AU Din Har Ellen  區殿霞律師
HK Civil Celebrant 香港婚姻監禮人
中國廣東省司法廳仲裁員

HO Wing Hang Howard  何頴恒律師

**Consultant:**
CHOW Jocelyn Eve Chuk-Fun
周卓勳律師

This document is confidential and for the intended recipient only. If you receive it by mistake, please destroy it and inform us immediately. You must not disclose or use the information in this document if you are not the intended recipient. 此文件是保密的，且具法律效力。若閣下並非預期收件人而意外地收到此文件，請即時銷毀並請盡快通知敝行。請注意，本文件及附件嚴禁被披露及使用。

**Our Ref.:** EA
**Your Ref.:** CR 14 024 RAJ

**Date:** 31st December 2014

The Clerk to
United States District Court
Western District of Washington
Seattle Division
700 Stewart Street, Suite 2310
Seattle, WA 98101
United States of America

**BY E-MAIL &
REGISTERED POST**

(cmecf@wawd.uscourts.gov)

Dear Sirs,

### Re: Case No. CR14 024 RAJ – USA v. Dickson Lee
### Dickson Lee's assets and the property known as
### 26318 127th Avenue SE Kent Seattle WA 98031

We represent Madam K. C. Au (歐昆章女士) wife to the above named in the above proceedings.

We are instructed by our client to enclose herewith her signed Chinese statement dated 30th December 2014 together with a copy of its English translation from which one will see that Mr Lee's assets are not fully owned by him.

In brief, Mr. Dickson Lee our clients "ex-husband" had:

(i) "divorced" his wife our client by building up false evidence to state that she was unfounded hence divorce proceedings were proceeded without our client's knowledge.

AND

(ii) The half share of our client in 26318 12th Avenue SE Kent Seattle WA98031 was transferred to Mr. Dickson Lee who accompanied a "woman" held out to be our client to sign all the transfer papers in USA

At all relevant material times of the above happenings that our client was/is in PRC of which can be vouched for by her passport and all Immigration Departments.

We are further instructed that conclusion of the above proceedings would take place on 9th January 2015, kindly therefore note our client's interest thereon.

A copy excerpt of the above case is enclosed for your kind reference and should you

# ELLEN AU & CO.
## SOLICITORS

require any further information on the subject matter, please do not hesitate to contact us.

Kindly keep us informed of the progress of the above proceedings and kindly also acknowledge receipt of this letter.

We also take this opportunity of wishing you a happy 2015.

Yours faithfully,

ELLEN AU & CO.
EA/JC
Encl.

c.c. to Divorce Court in Seattle (PO Box 34987 Seattle, Wa 98124-4987) USA

c.c. to Client

FILED 13 JAN 15 11:50

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JANUARY 29, 2014
WILLIAM M. McCOOL, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CR14-024 RAJ |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | |
| DICKSON LEE, | Counts 1-6: 18 U.S.C. § 1348 |
| | Counts 7-9: 18 U.S.C. § 1350 |
| Defendant. | Count 10: 15 U.S.C. § 78m(a) and 78ff |

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to this Indictment:

**A.  L&L Energy, Inc.**

1.  L&L Energy, Inc. (hereinafter, "L&L") was initially formed as a Nevada corporation in 1999, under the name "Royal Coronado Co. Ltd." Royal Coronado Co. Ltd. was formed as a shell corporation and conducted no business of its own. In 2001, Royal Coronado Co. Ltd. acquired all the shares of a British Virgin Islands corporation, originally founded by DICKSON LEE, known as L&L Investment Holdings, Inc. Subsequently, Royal Coronado Co. Ltd. changed its name to L&L Financial Holdings. In 2008, the company changed its name to L&L International Holdings, Inc. In 2009, the company assumed its current name, L&L Energy, Inc.

Indictment/Dickson Lee - 1

本人歐昆章，女，1946年出生。

1990年與Dickson Lee在美國紐約結婚，現因L & L上市公司欺詐罪，Dickson Lee被起訴。

2011年7月，Dickson在佛羅里達謊稱我失蹤，欺騙法庭單方面申請離婚。

Dickson Lee與公司財務總監Rosemary Wang非法同居，侵吞公司及我家庭財產。我於2013年6月在西雅圖申請離婚。Dickson在二次申請延期但九月二十七日證實他已與我離婚，十月我在佛州申請司法覆核。

關於西雅圖26318 127th Avenue SE Kent Seattle WA 98031的房子，於1993年在香港購買。2002年Dickson Lee找了個華人女人出面找公證員說我已贈送給他。事實上在這段時間我並未入境美國，也從未贈送業權給他，我有充分證據顯示他當時實屬欺詐。

而今他面臨罰款及充公財產。

我而今屆68歲，因患癌症，已無工作能力，也無任何退休金，無生活費用來源。

懇請法庭判沒他財產的情況下，考慮我的實際需要及基本權益。

K.C. Au 歐昆章

2014年12月30日

Translation of Madam Au Kwan Cheong's signed
Chinese Statement dated 30th December 2014

The statement of Au Kwan Cheong, female, born in 1946

I was married to Dickson Lee in New York, USA in 1990. Dickson Lee is now being charged of deceit in respect of a listed company L & L.

In July 2011, Dickson falsely informed the court in Florida that I could not be found when he applied ex parte for divorce.

Dickson Lee and Rosemary Wang (the Chief Financial Officer of the company) cohabited illegally, and took away the assets of the company and my family. I applied for a divorce in Seattle in June 2013. Dickson applied for extension twice but it was confirmed on 27th September last that we have already been divorced before that application. In October I have applied for a judicial review pending conclusion.

The property at **26318 127th Avenue SE Kent Seattle WA 98031** was purchased in around 1992 through Shanghai International Port Group (Note: a property development company). In 2002, Dickson Lee and a Chinese woman falsely told a notary that I have agreed to give the property to him as a gift. In fact, I have not visited the USA at all during that period, and I have never agreed to give the property to him. There is ample evidence that he had committed a fraud.

Now he is about to be fined and his property will be confiscated and might be sentenced to jail.

I am 68 years old now and I can no longer work due to my cancer. I do not have any pension or sources of living expenses.

I pray that the Court could kindly consider my financial needs and interest in Mr. Lee's assets plus subject property concerned when making the confiscation orders.

K.C. Au

30th December 2014

# 南方旅業
## SOUTH TOURISM

本人沈海音，女，护照号码 046[?]出生

1990年日Dickson Lee在夫吧，纽约结婚

[illegible] L 主年公司欺诈我，Dickson Lee 离[?]

2011年七月 Dickson 在佛罗里达流好[?]时

[illegible] 法定单方面定离婚

ckson Lee 与[?]对安居兰 Rosemary Wong

是[?]不[?]同及我家庭对[?]，我于 2013年6月

[illegible]姓 Dickson 在一次电话[?]证明/[?]

[illegible] 离婚，[illegible] + 可[?]在佛

26318 127th Avenue SE

[illegible] WA 州[?]的房子，[?]于 1995年

[?] 2001[?] Dickson Lee 找3个华人女人

[illegible] 南方[?]旅 春美上在这般时

邮编：650011

# 南方旅業
## SOUTH TOURISM

父亲于年十入院点去 也从未煩送些报给他, 戒有
没给他拿送不他寺时的屋欺所。
令他面临冲破及无公财出产。
於于杨68岁 且患癌症, 已无工怍诱办,
又无遂休勤金, 无丑筢贵用来院。
住庇亞判浸他财产品呀沈下, 亲盾对
ヌ已老夫通囗发念。

K·cAa 张松平
2014年12月30日

**ELLEN AU & CO. Solicitors**

香港中環干諾道中 62-63號中興商業大廈13字
13/F., Chungking Commercial Building,
62-63 Connaught Road Central, Hong Kong
Tel: (852) 2544-2828    Fax: (852) 2544-0323
E-mail: office@ealaw.com.hk

R  RC 418 010 843 HK

HONG KONG

FILED
JUN 15
PUBLIC SERVICE

Divorce Court in Seattle
(PO Box 34987 Seattle,
Wa 98124-4987)
USA

BY AIR MAIL
航 PAR AVION 空







King County

**Department of
Judicial Administration
Office of the Superior Court Clerk**
516 Third Avenue, Room E609
Seattle, WA 98104

98101$4442 CO92