LLEN case and sentencing
David Cline
to:
victoria_ericksen
01/11/2015 03:38 PM
Show Details

Victoria,

I am a shareholder of LLEN stock. Perhaps I was scammed but over the years my shares in LLEN grew to 35,000 shares. Why did I buy? Because the board of directors was composed of individuals who were former US government officials, because the CFO was Ian, and because unlike other China stocks this was one that was run by US citizens, one that filed all their reports over the years, and during all that time there was not any charge against the company.

Now I understand that Mr. Lee has been charged and has plead guilty of faking naming a CFO many years ago. Yes, justice needs to be done. Having said that let me express my pain over the fact that certain groups, including those the US government seems to hold up as "whistleblowers" clearly profited from the information they gained. As one who followed LLEN on yahoo message boards I could not help but notice how often individuals would post derogatory messages that were outright racist...in addition they kept claiming the stock would go to zero because of what they knew and yet they never offered any proof. It was clear to me, at least, that those who worked for the "whistleblowers" as well as some of the leaders of that group posted on those Yahoo boards in ways that make one sick. In addition on at least two occasions a firm that "shorts" stocks after digging up dirt also would publish accusations and would therefore make a great deal of money destroying the company...and yet a good portion of their "proof" was clearly wrong and easily proven as in error. Therefore the rest of their charges were dismissed by many of us. If the charges they made over a year ago were true why didn't the US government act at that time...but they did not.

I guess I simply wanted to express my pain and loss as a shareholder and that the "justice" being done at this point brings no relief whatsoever to those who remain shareholders. It appears the company has shut it's office and we have not received even one word about whether we have ANY business left.

I would hope the charges against the company are dismissed as they have settled a suit that requires them to make corporate changes. If there is any business left they need this opportunity. Without this, the current shareholders will be the primary losers in all of this...not only because of LLEN's past mistakes but possibly because any possible future was put to death by the US legal action.

Sincerely,

David Cline