

Re: United States v. Defendant(s) Dickson V. Lee Case Number 2011R00874 and Court Docket Number 14-CR-00024
Dave Townsend
to:
victoria_ericksen
01/13/2015 09:20 PM
Show Details

Ms. Ericksen.

I understand the sentencing of Dickson V. Lee has been rescheduled for February 20, 2015, 09:00 AM at Courtroom 13106, US Courthouse, 700 Stewart Street, Seattle, WA 98101 before Judge Richard Jones.

I am a L&L Energy shareholder victim and would like to address the court at this sentencing. Can you ensure I have the opportunity to do so? Thank you.

I would like to comment to the court to this effect:

- The shareholders of L&L Energy are the true victims in this case.
- The sentencing recommendations for Mr. Lee do not include any restitution for the shareholders. How can justice in this case be done without restitution?
- I believe the specific crimes for which Mr. Lee is begin sentenced are only the tip of the L&L Energy criminal iceberg and are not responsible for most of the losses suffered by the shareholders. If the company does or did exist, where are the assets now? Have the assets been stolen? If so, this theft is the real issue that should be prosecuted. If the company never did exist but was all smoke and mirrors, then this is the real issue that should be prosecuted.

    Until these issues are resolved or explained, I feel justice is not being served.

Thank you.

David Townsend
L&L Energy Victim
townsenddw@comcast.net
425-503-4921