UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DICKSON LEE and L&L ENERGY, INC., ) <br> ) <br> Defendants. ) <br> ) | No. 14-CR-024 RAJ <br><br> NOTICE OF FILING OF L&L ENERGY BOARD OF DIRECTORS RESOLUTION AND ACCOMPANYING CERTIFICATION |

PLEASE take notice that the undersigned hereby files the attached Board of Directors Resolution and Accompanying Certification [DKT 68-1] previously submitted to the Court at the Rule 11 Plea Hearing on January 22, 2015.

DATED this 23rd day of January, 2015.

> Davis Wright Tremaine LLP
> Attorneys for Defendant L&L Energy, Inc.
>
> By *s/ Mark N. Bartlett*
> Mark N. Bartlett, WSBA #15672
> 1201 Third Avenue, Suite 2200
> Seattle, WA 98101-3045
> Telephone: (206) 757-8298
> Fax: (206) 757-7298
> E-mail: markbartlett@dwt.com

NOTICE OF FILING BOARD OF DIRECTORS RESOLUTION
AND ACCOMPANYING CERTIFICATION
(14-CR-024 RAJ) — 1
DWT 25988198v1 0092832-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

I certify under penalty of perjury that the foregoing is true and correct. Executed at Seattle, Washington this 23rd day of January, 2015.

*s/ Mark N. Bartlett*
Mark N. Bartlett, WSBA #15672

NOTICE OF FILING BOARD OF DIRECTORS RESOLUTION
AND ACCOMPANYING CERTIFICATION
(14-CR-024 RAJ) — 2
DWT 25988198v1 0092832-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## L&L ENERGY BOARD OF DIRECTORS RESOLUTION

RESOLVED, that the Company is hereby authorized and directed to enter into the Plea Agreement;

FURTHER RESOLVED, that the Company is hereby authorized and directed to plead guilty to the charge specified in the Plea Agreement, one count of Securities Fraud, a violation of Title 18, United States Code, Section 1348.

FURTHER RESOLVED, that legal counsel for L&L Energy, Mark N. Bartlett, is hereby authorized and directed to execute the Plea Agreement and all other documents necessary to carry out the provisions of the Plea Agreement;

FURTHER RESOLVED, that legal counsel for L&L Energy, Mark N. Bartlett, is hereby authorized and directed to appear (1) on behalf of the Company and enter such guilty plea and (2) for the imposition of sentence; and

FURTHER RESOLVED, that legal counsel for L&L Energy, Mark N. Bartlett, is hereby authorized and directed to acknowledge on behalf of the Company, that the Documents fully set forth the agreement made between the Company and the United States and that no additional promises or representations have been made to the Company by any officials of the United States in connection with the Plea Agreement, other than those set forth in the Documents.

## L&L ENERGY BOARD OF DIRECTORS

I, Mark N. Bartlett, do hereby certify that I am legal counsel for L&L Energy (the "Company"), and do hereby further certify that:

Attached hereto is a true, correct, and complete extract of a resolution of the Board of Directors of the Company adopted as of the 13th of January, 2015. This resolution has not been modified, amended or rescinded and remains in full force as of the date hereof.

IN WITNESS WHEREOF, I have executed this on behalf of the company on this 21st of January 2015.

L&L ENGERGY

By: Mark N. Bartlett
     Counsel for L&L Energy