February 11, 2015
The Honorable Richard A. Jones
United States Courthouse
700 Stewart Street
Seattle, WA

Judge Jones,

In regards to the upcoming sentencing of Dickson Lee, the former CEO of L&L Energy based in Seattle, WA., in your court on February 20th, 2015, and the sentencing of the company, L&L Energy in your court on April 24th, 2015, I have some very serious concerns that I hope can be addressed.

L&L's website, http://www.llenergyinc.com/index.html , which is still active as of this date, portrays the company as very legitimate and successful. Their management team, Board of Directors, and Advisory Board is packed with very distinguished men and women, many of whom are leaders in their fields. I will list a few of them:

Norman Mineta - BOD Member - Served 10 terms in U.S. Congress. Secretary of Commerce under President Bill Clinton. Secretary of Transportation under President G. Bush.
Clayton Fong - VP of U.S. Operations - Former assistant to President HW Bush.
Ian Robinson - CFO with over 40 years of international experience in auditing and public reporting. A former partner at Ernst and Young.
Dr. Syd Peng - BOD Member - World renowned mining engineer with a PHD from Stanford University.
James Schaeffer - BOD Member - Another renowned mining engineer, with over 30 years of mining experience in the Asian/Pacific area.
Joseph Borich - BOD Member - President of Washington State China Relations Council representing Boeing, Microsoft, Costco, Paccar, and Starbucks. Mr. Borich is a former Foreign Service Officer who served under every President from Nixon to Clinton, and was the former Council General in Shanghai.
Ed Moy - Former VP of U.S. Operations for L&L and Advisory Board member - Served as the 38th Director of the United States Mint from 2006 to 2011.

After doing much research and due diligence, I decided to invest in this company. Everything about L&L appeared above board, and with this team of company officers, board members, and advisory people, I could see no possibility of this company being involved in any type of fraudulent activity that is sometimes associated with U.S. companies doing business in China. Their Nasdaq listing and filed SEC Earnings Statements were quite impressive.

Then along came the DOJ indictment and several accusations of fraud by GeoInvesting, a short seller group which openly and brazenly manipulated the stock price of L&L Energy for a massive financial gain. (The DOJ refers to GeoInvesting as the "whistleblower.") L&L issued a press release claiming to be absolutely innocent of all

accusations against them. My faith in the company remained strong. The company then "went silent" and stopped issuing press releases and stopped responding to calls to their management and investor relations departments. I understand this was as a result of instructions from their attorney due to legal issues with the company. Then came the plea bargain and resignation of CEO Dickson Lee who admitted to SEC violations he had committed in 2008. Then the plea bargain by the company, admitting to those same charges that were committed long before most current company officers and board members came on board, and long before most of us current shareholders bought shares in the company.

So now I sit here wondering if L&L Energy is still in the business of mining, washing, and selling coal, and if they are still honoring their contracts to deliver coal to major power plants and industries in China. When sentencing is done, will this company and my investment just disappear? I've spent several months trying to contact anyone involved with this company for information, with absolutely no response or success. A few months ago I drove to L&L's U.S. Headquarters at 130 Andover Park East in Tukwilla to seek information, only to find their offices vacated.

As a long time shareholder in L&L, presently holding 154,651 shares - many of which I purchased in excess of $3.00 per share, I feel that I have the right to find out what is going on with this company. Does the court have the authority to order L&L to issue a press release informing shareholders of L&L's present business condition and a listing of assets? The DOJ's proposed sentencing plan is asking for a large monetary fine and complete and forever delisting from American stock exchanges, with absolutely no restitution for shareholders. If this occurs, shareholders may never be able to recover their investments, even if the company continues with it's mining operations in China.

I understand that the Department of Justice is in place to protect American citizens, including American citizens who own shares of publicly traded companies. The former CEO, Dickson Lee, has confessed to the DOJ's claims of SEC fraud that took place over 6 years ago, has already served 10 months in detention, and will soon be sentenced for these crimes. It seems grossly unfair to then sentence the company (which is actually comprised of us shareholders who had absolutely nothing to do with any type of fraud) again for these same violations with a hefty monetary fine and delisting.

If the DOJ is claiming that L&L Energy is a non-existant company, and that L&L's company officers and board members were running a fraudulant scam to relieve investors of their money, then why aren't these officers and board members being punished in court? Instead, it appears as though us shareholders are the ones being punished by court action.

In closing, I would like to thank Maggie Land fom the DOJ's Victim/Witness Program, and Victoria Ericksen, your courtroom deputy, for their very professional and helpful assistance in keeping me informed and up to date with this legal process against L&L. It's nice to know that we have such dedicated people working for the Department of Justice..

Thank you for giving me this opportunity to express my feelings and opinions on this matter.

James Balkwill
256 Cameron Road
Sequim, WA 98382
jimbalkwill@q.com